**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:06cr448-01/RV

VIRGIL TALLEY

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   March 9, 2007
Motion/Pleadings:   MOTION/AFFIDAVIT requesting Court to Dismiss Colorable Charges

Filed by   Defendant                         on 03/09/2007         Doc.#     50
RESPONSES:
                                                          on                      Doc.#
                                                          on                      Doc.#
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                                s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   13th day of  March           , 2007, that:*
*(a) The relief requested is DENIED.*
*(b) _____*

                                                  /s/ *Roger Vinson*
                                                  *ROGER VINSON*
                                     *Senior United States District Judge*