IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                 3:06cr448RV

VIRGIL TALLEY   /

## AMENDMENT TO ORDER SETTING TRIAL

**IT IS ORDERED** that sections A(1) and E of the order of this Court entered on March 8, 2007 (Document number 48), shall be amended as follows:  A(1)  This case shall be tried during the jury term commencing **Monday, May 7, 2007,** with jury selection at 9:00 a.m. E.  No plea bargaining agreement permitted by this Court will be approved unless agreement is effected on or before **Wednesday, April 25, 2007**, with such plea or pleas to be presented to the Court for its action at arraignment no later than **Thursday, April 26, 2007, at 8:30 a.m.** in Pensacola, Florida.  In all other respects, this Court's order of March 8, 2007 (Document 48), remains in full force and effect.

**DONE and ORDERED this  30th   day of March, 2007.**

ROGER VINSON
Senior United States District Judge