**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

    v.                                        **Case No. 3:06cr448-01/RV**

**VIRGIL TALLEY**
_____/

## ORDER

      The defendant Virgil Talley is currently undergoing a mental evaluation at the Federal Detention Center, Miami, Florida, for determination as to his mental status at the time of the alleged offense, the risk that he may pose to himself and others, and his competency to stand trial. In order to prepare a thorough evaluation and report by the staff psychologist, the evaluating facility has requested --- and I have agreed --- to extend the evaluation period up to and including June 28, 2007. The facility is to furnish its report within fifteen (15) days thereafter, that is, by July 13, 2007.

      This case is presently scheduled for trial beginning on July 9, 2007. Because the psychiatric report will not likely be completed by then, the trial must be, and is, hereby continued until August 6, 2007, with jury selection to begin at 9:00 a.m. The scheduling order now in effect (doc. 48) is modified to the extent that no plea bargaining agreement permitted by this court will be approved unless agreement is effected on or before **Wednesday, August 1, 2007**, with such plea or pleas to be presented to the court for its action at arraignment no later than **Thursday, August**

*Case No. 3:06cr448-01/RV*

**2, 2007**, at 8:30 a.m. in Pensacola, Florida. In all other respects, this court's scheduling order of March 8, 2007 (doc. 48) remains in full force and effect.

DONE AND ORDERED this 24th day of May, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**

*Case No. 3:06cr448-01/RV*