**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                                Case No. 3:06cr448/RV

**VIRGIL TALLEY**

_____/

## SECOND AMENDMENT TO ORDER SETTING TRIAL

     **IT IS ORDERED** that sections A(1) and E of the order of this Court entered on March 8, 2007, shall be amended as follows:

     A(1)  This case shall be tried during the jury term commencing **Monday, August 13, 2007,** with jury selection at 9:00 a.m.

     E.  No plea bargaining agreement permitted by this Court will be approved unless such agreement is effected on or before Wednesday, August 8, 2007, with such plea presented to the Court for its action at arraignment no later than **Thursday, August 9, at 9:00 a.m.,** in Pensacola, Florida.

     In all other respects, this Court's order of March 8, 2007, remains in full force and effect.

     **DONE AND ORDERED** this 3rd day of July, 2007.

                                       _/s/Roger Vinson_
                                       **ROGER VINSON
                                       Senior U. S. District Judge**